ACCEPTED
15-24-00092-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 8:48 AM
CHRISTOPHER A. PRINE
CLERK

# NO. 15-24-00092-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 8:48:06 AM
CHRISTOPHER A. PRINE
Clerk

⸻◆⸻

IN THE FIFTEENTH COURT OF APPEALS
AT AUSTIN, TEXAS

⸻◆⸻

## TEXAS DEPARTMENT OF PUBLIC SAFETY,

*Appellant,*

*vs.*

## BRYAN JASON SAINTES,

*Appellee.*

⸻◆⸻

**Cause No. CV-93124**
County Court at Law No. 2, Galveston County, Texas
Honorable Robert Mayfield, Judge Presiding

⸻◆⸻

## APPELLEE'S *UNOPPOSED* FIRST MOTION FOR EXTENSION IN TIME TO SUBMIT BRIEF

⸻◆⸻

TO THE HONORABLE JUSTICE'S
OF THE FIFTEENTH COURT OF APPEALS:

Appellee Bryan Jason Saintes, through his undersigned counsel, respectfully moves this Honorable Court to grant a 30-day extension in time, up to and including March 9, 2025, in which to submit Appellee's brief in this matter, and would show the Court as follows.

1

(1)     The deadline for submitting Appellee's brief in this matter is February 6, 2025, in that Appellant submitted its opening brief to the Court on January 7, 2025.

(2)     Appellee seeks a 30-day extension in time, up to and including March 9, 2025, in which to submit his brief.

(3)     Need for extension:

a. Counsel of record representing the Texas Department of Public Safety has indicated via email dated February 4, 2025, that the Department is not opposed to the requested extension; and

b. The undersigned has a practice that requires attention with respect to his caseload, including multiple state and federal trial court settings in Harris and surrounding counties, trial motions and habeas corpus briefing dates, client and expert witness consultations, as well as administrative tasks that require the undersigned attention.

(4)     Appellee has not sought any previous extensions in this matter.

(5)     The extension is not sought for purposes of undue delay, or to harass and vex, but to present briefing worthy of this Honorable Court's attention and to protect Appellee's valuable rights in this matter so as to ensure he has his day in court. *See Coleman v. Alabama*, 377 U.S. 129, 133 (1964) (defendant "entitled to have his day in court").

Appellee requests that the Court grant a 30-day extension in time in which to submit Appellee's brief in this matter, and that the Court further grant any additional relief to which Appellee may be legally and justly entitled.

February 6, 2025.

Respectfully submitted,

**LAW OFFICE OF**
**DAVID A. BRESTON**

/s/ *David A. Breston*

**David A. Breston**
State Bar Number: 90001478
1820 West Bell Street
Houston, Texas 77019
Telephone: (713) 224-4040

**Counsel for the Defendant**
**Bryan Jason Saintes**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been duly served upon counsel representing the Appellant in this matter *via* hand delivery, email or the electronic case filing system on February 6, 2025.

LAW OFFICE OF
DAVID A. BRESTON

/s/ *David A. Breston*

**David A. Breston**
State Bar Number: 90001478

**Counsel for the Appellee**
**Bryan Jason Saintes**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Breston on behalf of David Breston
Bar No. 90001478
janet@davidbreston.com
Envelope ID: 97215754
Filing Code Description: Motion
Filing Description: UNOPPOSED FIRST EXTENSION
Status as of 2/11/2025 8:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| D'na Collins | 24087326 | dna.collins@dps.texas.gov | 2/11/2025 8:48:06 AM | SENT |
| David Breston | 90001478 | david@davidbreston.com | 2/11/2025 8:48:06 AM | SENT |
| Chris Bingham | | houstoncontractparalegalservices@yahoo.com | 2/11/2025 8:48:06 AM | SENT |
| Elizabeth AnneDupuy | | elizabeth.dupuy@dps.texas.gov | 2/11/2025 8:48:06 AM | SENT |
| LaKisha SeldonMcKay | | lakisha.mckay@dps.texas.gov | 2/11/2025 8:48:06 AM | ERROR |